UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Fifth Third Bank



**Order Filed on February 1, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

     Stephen N. Magnotta,

Debtor.

Case No.:  17-17925-JNP

Adv. No.:

Hearing Date:  1/9/2018 @ 10:00 a.m.

Judge:  <u>Jerrold N. Poslusny, Jr.</u>

### AMENDED ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

     The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: February 1, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Stephen N. Magnotta
Case No:  17-17925-JNP
Caption of Order:  AMENDED ORDER CURING POST-PETITION ARREARS & RESOLVING
MOTION FOR RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Fifth Third Bank, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to a vehicle referred to as 2014 Nissan Maxima, VIN 1N4AA5AP8EC449657, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Scott Zauber, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of November 30, 2017, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due May 15, 2017 through November 15, 2017 for a total post-petition default of $3,078.46 (7 @ $439.78); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make a payment of $3,078.46 directly to Secured Creditor within fifteen days from the date of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume December 1, 2017, directly to Secured Creditor  (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan; and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
Stephen N. Magnotta
       Debtor

Case No. 17-17925-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Feb 01, 2018
                        Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2018.
db                Stephen N. Magnotta,   4 Tiros Ave,   Sewell, NJ  08080-1924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   Fifth Third Bank dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
        Robert P. Saltzman   on behalf of Creditor   LPP Mortgage Ltd. dnj@pbslaw.org
        Scott M. Zauber   on behalf of Debtor Stephen N. Magnotta szauber@subranni.com,
         ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
         m;hinnaurato@subranni.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                              TOTAL: 6